**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY RELEASE** |
| | ) | **OF TERRY CLAUTHIER** |
| vs. | ) | |
| | ) | |
| Terry Clauthier, | ) | Case No. 4:04-cr-070 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the defendant, Terry Clauthier, shall be temporarily released from the Ward County Detention Center in Minot, North Dakota, to the custody of his mother (Betty Clauthier) on Wednesday, January 11, 2006, at 2:00 P.M. (CST). The Defendant is being released to attend his grandmother's funeral in Dunseith, North Dakota. The Defendant shall reside with his mother and with Ron and Edie Dubois in the Dunseith area the evening of January 11, 2006. The Defendant must be returned by his mother to the Ward County Detention Center in Minot on or before Thursday, January 12, 2006, at 6:00 P.M. (CST). The Defendant shall refrain from using any alcohol or illegal substance while released from the correctional facility.

Dated this 10th day of January, 2006.

Daniel L. Hovland, Chief Judge
United States District Court